UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRACE JAMES | : | CIVIL NO. |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION | : | |
| Defendant | : | DECEMBER 22, 2021 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1336 and 28 U.S.C. §1446, the defendant, Costco Wholesale Corporation, hereby submits this Notice of Removal of the above-referenced lawsuit filed in the Superior Court of Connecticut for the Judicial District of Danbury at Danbury with a Return Date of January 25, 2022 to the United States District Court for the District of Connecticut.

The basis for such removal is diversity jurisdiction pursuant to 28 U.S.C. §1332 as the plaintiff is a citizen of Texas and the defendant is a corporation with a principal place of business in Issaquah, WA. The State Court Complaint does not specify the amount of alleged damages other than to allege that such damages exceed the jurisdictional minimum of the Superior Court of fifteen thousand dollars. However, while the defendant denies plaintiff's claims of injuries, plaintiff alleges permanent bodily injuries, the value of which may exceed

$75,000.00. A copy of the Summons and Complaint filed in Danbury Superior Court is attached hereto as Exhibit "A".

Costco Wholesale Corporation has, as of this date, notified the Connecticut Superior Court of the filing of this Notice of Removal. A copy of the Notice of Removal filed in the Connecticut Superior Court (without exhibit) is attached hereto as Exhibit "B".

Pursuant to the Standing Order on removed cases, a Statement of Removed Case and a Notice of Pending Motions are being filed simultaneously herewith.

Finally, the defendant submits a Civil Cover Sheet attached hereto as Exhibit "C".

                         THE DEFENDANT,
                         COSTCO WHOLESALE CORPORATION

                         _____/s/ Miles Esty_____
                         Miles Esty, Esq.
                         Esty & Buckmir, LLC
                         2285 Whitney Avenue
                         Hamden, CT 06518
                         Tel: (203) 248-5678
                         Fax: (203) 288-9974
                         E-Mail: mesty@estyandbuckmir.com
                         Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRACE JAMES | : CIVIL NO. |
| Plaintiff | : |
| v. | : |
| COSTCO WHOLESALE CORPORATION | : |
| Defendant | : DECEMBER 22, 2021 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021 a copy of the defendant's Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

# EXHIBIT A

# SUMMONS - CIVIL
JD-CV-1 Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov |



**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [X] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 146 White Street, Danbury, CT 06810 | (860) 207 - 8600 | January 25, 2022 |

| [X] Judicial District   G.A. | At (City/Town) | Case type code (See list on page 2) |
| [ ] Housing Session  [ ] Number: | Danbury | Major: T   Minor: 03 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Law Office of Sam Kretzmer | 415415 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 923 - 8104 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  [X] Yes [ ] No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)<br>attorneykretzmer.paralegal@gmail.com |

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: James, Grace<br>Address: 820 Conestoga Trail, Rhome, TX 76078 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Costco Wholesale Corporation<br>Address: AGENT FOR SERVICE: CT Corporation System, 67 Burnside Ave., East Hartford, CT 06108-3408 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |

**Notice to each defendant**

1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | [X] Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 11/29/2021 | *(signature)* | [ ] Clerk | Samantha Kretzmer, Esq. |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| For Court Use Only |
| File Date |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Print Form    Page 1 of 2    Reset Form

| | | |
|---|---|---|
| RETURN DATE:  JANUARY 25, 2022 | : | SUPERIOR COURT |
| GRACE JAMES | : | J.D. OF DANBURY |
| VS. | : | AT DANBURY |
| COSTCO WHOLESALE CORPORATION | : | NOVEMBER 29, 2021 |

## COMPLAINT

1. At all times mentioned herein, the Defendant COSTCO WHOLESALE CORPORATION was a corporation licensed to do business in the State of Connecticut;

2. At all times mentioned herein, the Defendant COSTCO WHOLESALE CORPORATION was the owner of the business located at 200 Federal Road, Brookfield, Connecticut 06804;

3. At all times herein, the Defendant COSTCO WHOLESALE CORPORATION, located at 200 Federal Road, Brookfield, Connecticut 06804 was open to its customers;

4. At all times herein, the managers and employees of the Defendant COSTCO WHOLESALE CORPORATION were acting as its employees, agents, and/or servants;

1

5. On or about December 2, 2019 in the afternoon, the Plaintiff, GRACE JAMES was a customer at COSTCO WHOLESALE CORPORATION;

6. On or about December 2, 2019 in the afternoon, the Plaintiff, GRACE JAMES was on the premises in a scooter;

7. On or about December 2, 2019 in the afternoon, the Plaintiff, GRACE JAMES had stopped in her scooter to look at a box of boots when the entire stack of boxes fell on her, which crushed the left side of her entire body, creating the injuries and losses hereinafter set forth;

8. The Plaintiff's injuries and losses were caused by the carelessness and negligence of the Defendant, COSTCO WHOLESALE CORPORATION its servants, agents and or employees in one or more of the following ways:

    a. In that they knew or should have known by inspecting the premises that a hazardous condition existed therein and yet they failed to remedy the hazardous condition;

    b. In that they failed to take proper steps or instruct anyone to take proper steps to insure that said hazardous and dangerous conditions did not exist on the premises;

2

  c. In that they failed to warn persons entering the premises that there were loose and unstable boxes on the shelves, which presented a hazard and did not post warning signs or barriers giving notice of the dangerous condition; and

  d. In that they failed to fasten the boxes so they would not fall on customers.

9. As a direct and proximate result of the aforesaid carelessness and negligence, the Plaintiff, GRACE JAMES suffered the following serious and painful injuries, some or all of which are permanent in nature:

  a) Concussion;

  b) Head Pain;

  c) Constant Migraines;

  d) Contusions to Head;

  e) Contusions to Jaw;

  f) Contusions to Neck;

  g) Cervical Disc Injury;

  h) Cervicalgia;

3

i) Jaw Pain;

j) Left Jaw Temporomandibular Joint Pain;

k) Clicking in Jaw;

l) Neck Pain;

m) Severe Left Shoulder Pain;

n) Left Shoulder Rotator Cuff Tear;

o) Left Shoulder Positive Impingement;

p) Bicep tendon tenderness;

q) Trigger Point in the Levator Scapula Muscle Region

r) Right Shoulder Contusion;

s) Left Hand Pain;

t) Wrist Pain;

u) Right Wrist Distal Radial Fracture;

v) Pain in Left Fingers;

w) Loss of Use of Left Hand;

x) Abdominal Pain;

y) Left Leg Pain;

z) Left Thigh Pain;

4

aa) Left Foot Pain; and

ab) Loss of Sleep.

10. As a result of her injuries, the Plaintiff, GRACE JAMES has incurred expenses for medical care and attention, drugs, and diagnostic tests, and may incur additional medical expenses in the future;

11. As a result of her injuries, the Plaintiff, GRACE JAMES has experienced substantial pain and suffering, loss of sleep, continual discomfort, and her leisure time and pursuits have been impaired, interrupted and / or permanently diminished;

12 As a further result of the Defendant, COSTCO WHOLESALE CORPORATION'S negligence and / or carelessness, the Plaintiff, GRACE JAMES received a general shock to her nervous system. She has endured and will continue to endure for a long period of time great mental and physical suffering. She has been and will be permanently restricted and deprived of the usual pleasures, pursuits, diversions, and recreations of life;

13. As a further result, the Plaintiff, GRACE JAMES has and will continue to suffer great physical, mental, and emotional pain and anguish and has been and will be sick, sore and disabled for a long period of time; and

5

14. As a further result of said injuries, the Plaintiff GRACE JAMES has been unable to perform and enjoy all of life's daily employment and recreational activities and she will be unable to perform and enjoy the same in the future.

WHEREFORE, the Plaintiff claims:

    1. Money damages;

    2. Court costs; and

    3. Such other relief the court deems appropriate.

Dated at Bridgeport, Connecticut this 29th day of November, 2021.

                            THE PLAINTIFF,
                            GRACE JAMES

By:

                            Samantha Kretzmer, Esq.
                            Law Office of Sam Kretzmer, LLC
                            144 Golden Hill Street, Suite 201
                            Bridgeport, CT 06604
                            Telephone: (203) 923-8104
                            Facsimile: (203) 923-8105
                            Attorneykretzmer.paralegal@gmail.com
                            Juris No.: 415415

| | | |
|---|---|---|
| RETURN DATE: JANUARY 25, 2022 | : | SUPERIOR COURT |
| GRACE JAMES | : | J.D. OF DANBURY |
| VS. | : | AT DANBURY |
| COSTCO WHOLESALE CORPORATION | : | NOVEMBER 29, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff claims money damages in excess of TWO THOUSAND FIVE HUNDRED ($2,500.00) DOLLARS, exclusive of interest.

THE PLAINTIFF,
GRACE JAMES

By: _____

Samantha Kretzmer, Esq.
Law Office of Sam Kretzmer, LLC
144 Golden Hill Street, Suite 201
Bridgeport, CT 06604
Telephone: (203) 923-8104
Facsimile: (203) 923-8105
Attorneykretzmer.paralegal@gmail.com
Juris No.: 415415

7

# EXHIBIT B

| | | |
|---|---|---|
| DOCKET NO. DBD-CV22-6041505-S | : | SUPERIOR COURT |
| GRACE JAMES | : | J.D. OF DANBURY |
| VS. | : | AT DANBURY |
| COSTCO WHOLESALE CORPORATION | : | DECEMBER 22, 2021 |

## NOTICE OF REMOVAL

The defendant, Costco Wholesale Corporation, hereby gives notice that it has removed this action to Federal Court. A copy of said removal (without exhibits) is attached hereto as Exhibit "A".

> THE DEFENDANT,
> COSTCO WHOLESALE CORPORATION
>
> ____/s/400462_____
> Miles N. Esty, Esq.
> Esty & Buckmir, LLC
> 2285 Whitney Avenue
> Hamden, CT 06518
> Tel. No. 203-248-5678
> Juris No. 415435

ESTY & BUCKMIR, LLC
2285 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678   Fax 203-288-9974   Juris No. 415435

## CERTIFICATE OF SERVICE

    I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this date to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

Samantha Ann Kretzmer
Sam Kretzmer, LLC
144 Golden Hill St. #201
Bridgeport, CT 06604

                                                                                       /s/400462
                                                                         Miles N. Esty, Esq.
                                                                         Commissioner of the Superior Court

ESTY & BUCKMIR, LLC   2285 Whitney Avenue   Hamden, Connecticut 06518   Juris No. 415435
Tel. (203) 248-5678   Fax 203-288-9974

# EXHIBIT C

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Grace James

## DEFENDANTS
Costco Wholesale Corporation

**(b)** County of Residence of First Listed Plaintiff: **Wise County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **King County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Samantha Ann Kretzmer, Esq., Sam Kretzmer, LLC, 144 Golden Hill St. #201, Bridgeport, CT 06604; 203-923-8104

Attorneys *(If Known)*
Miles Esty, Esq., Esty & Buckmir, LLC, 2285 Whitney Avenue, Hamden, CT 06518, 203-248-5678

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**28 U.S.C. §1332**
Brief description of cause:
Alleged premises liability resulting in alleged personal injury

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE _____    DOCKET NUMBER _____

DATE: 12/22/2021

SIGNATURE OF ATTORNEY OF RECORD: /s/ Miles N. Esty

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____